Baljunder S. MATHARU and Jessica A. Matharu, Individually and as Administrators of the Estate of Milan Singh Matharu, Deceased, Respondents

v.

Scott D. MUIR, D.O., Fiorina Pellegrino, D.O., Hazelton Women's Care Center and Muir Ob/Gyn Associates, P.C., Petitioners.

Supreme Court of Pennsylvania.

Aug. 22, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of August, 2013, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED,** and this matter is

**REMANDED** to the Superior Court for reconsideration in light of *Seebold v. Prison Health Serv.*, —— Pa. ——, 57 A.3d 1232 (2012).

Petitioners' Application to Remand this Matter to Superior Court for Reconsideration in Light of *Seebold*, is **DISMISSED** as moot.

Justice Baer dissents and would deny the allocatur petition as he views *Seebold v. Prison Health Serv.*, —— Pa. ——, 57 A.3d 1232 (2012) as distinguishable from this case.